**DISMISS and Opinion Filed August 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00910-CV

### WAYNE E. TUCKER JR. AND LAUREN LARAVIA, Appellants
### V.
### GRAYSON CENTRAL APPRAISAL DISTRICT, Appellee

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-13-1656**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Francis

Before the Court is appellants' unopposed motion to dismiss the appeal. Appellants have informed the Court that the parties have settled their differences. Accordingly, we grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

140910F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WAYNE E. TUCKER JR. AND
LAUREN LARAVIA, Appellants

No. 05-14-00910-CV        V.

GRAYSON CENTRAL APPRAISAL
DISTRICT, Appellee

On Appeal from the 59th Judicial District
Court, Grayson County, Texas.
Trial Court Cause No. CV-13-1656.
Opinion delivered by Justice Francis.
Justices Bridges and Lang-Miers,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee, GRAYSON CENTRAL APPRAISAL DISTRICT, recover its costs of this appeal from appellants, WAYNE E. TUCKER JR. AND LAUREN LARAVIA.

Judgment entered August 13, 2014